SERVICE LLOYDS INSURANCE COMPANY

v.

Rhonda Kay THOMAS.

No. D–4220.

Supreme Court of Texas.

Dec. 22, 1993.

Joint motion for rehearing (pursuant to settlement) filed herein on November 30, 1993, is granted; the order of this Court of November 10, 1993, denying application for writ of error is withdrawn, and the application is granted without reference to the merits. The judgments of the courts below are set aside without reference to the merits; the cause is remanded to the trial court for further proceedings in accordance with the settlement agreement of the parties.

AETNA CASUALTY & SURETY COMPANY et al.

v.

TEXAS COMMISSIONER OF INSURANCE, Georgia D. Flint, Permanent Receiver of Standard Financial Indemnity Corporation.

No. D–4305.

Supreme Court of Texas.

Dec. 31, 1993.

Joint motion of the parties to remand for entry of settlement and dismissal filed herein on December 21, 1993, is granted; the application for writ of error is granted without reference to the merits; the judgments of the courts below are set aside without reference to the merits, and the cause is remanded to the trial court for further proceedings in accordance with the settlement agreement of the parties.